UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>ADRIAN DUMITRESCU,<br><br>                      Defendant. | Case No. MJ23-470 MLP<br><br>DETENTION ORDER |

Mr. Dumitrescu is charged with six counts of Improper Entry by an Alien, 8 U.S.C. § 1325(a)(1) and aiding and abetting same, 18 U.S.C. § 2. The Court held a detention hearing on September 20, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The Government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2). The court finds there is sufficient evidence that Mr. Dumitrescu is a serious risk of flight due to his ties to a foreign country and lack of any ties to this jurisdiction or the United States. Mr. Dumitrescu also does not appear to have any documentation that would permit him to reside in the United States.

DETENTION ORDER - 1

2. Mr. Dumitrescu stipulated to detention.

3. Upon advice of counsel, Mr. Dumitrescu declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

4. Mr. Dumitrescu poses a risk of nonappearance due to the above. Mr. Dumitrescu poses a risk of danger due to the community due to the nature of his apprehension which resulted in a vehicle accident and multiple injuries. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Dumitrescu's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Dumitrescu shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Dumitrescu shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Dumitrescu is confined shall deliver Mr. Dumitrescu to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Dumitrescu, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _21st_ day of September, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3