The Honorable Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>IONEL NICULAE, aka ADRIAN DUMITRESCU,<br><br>Defendant. | NO. CR23-156 TL<br>CR23-181 TL<br><br>[PROPOSED] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government request that Exhibit A to Government's Opposition to Motion to Compel FDC to Provide Medical Care (Dkt. 31), shall remain sealed.

DATED this 21st day of February 2024.

_____
Tana Lin
United States District Judge

Presented by:

*s/ Sanaa Nagi*
SANAA NAGI
Assistant United States Attorney

Order to Seal - 1
*United States v. Niculae,* CR23-156 TL and CR23-181 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970